**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

EILEEN C. ZORC                    9925-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
[ezorc@marrjones.com]

Attorneys for Defendants
STERICYCLE ENVIRONMENTAL SOLUTIONS, INC.
and OTTO AUDIRSCH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DOUGLAS ARCHIBALD,<br><br>               Plaintiff,<br><br>     vs.<br><br>STERICYCLE ENVIRONMENTAL SOLUTIONS INC.; OTTO AUDIRSCH; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10,<br><br>               Defendants. | CIVIL NO. _____<br><br>DEFENDANTS STERICYCLE ENVIRONMENTAL SOLUTIONS, INC.'S AND OTTO AUDIRSCH'S **NOTICE OF REMOVAL**; DECLARATION OF EILEEN C. ZORC; EXHIBITS "A" – "B"; DECLARATION OF ROBERT HALBERT; CERTIFICATE OF SERVICE<br><br>No Trial Date Set. |

**DEFENDANTS STERICYCLE ENVIRONMENTAL SOLUTIONS, INC.
AND OTTO AUDIRSCH'S NOTICE OF REMOVAL**

758486/1871.001

TO THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF HAWAII:

PLEASE TAKE NOTICE that Defendants STERICYCLE

ENVIRONMENTAL SOLUTIONS, INC. ("Stericycle") and OTTO AUDIRSCH

("Audirsch") (collectively "Defendants"), pursuant to 28 U.S.C. §§ 1441 and 1446,

hereby remove Civil No. 16-1-0213-02 (JHC) from the Circuit Court of the First

Circuit, State of Hawaii, to the United States District Court for the District of

Hawaii.  The grounds for removal are:

1.     The instant action was commenced against Defendants by the

filing of a Complaint in the Circuit Court of the First Circuit, State of Hawaii,

identified as Civil No. 16-1-0213-02 (JHC), *Douglas Archibald vs. Stericycle*

*Environmental Solutions Inc.; Otto Audirsch, et al.* (the "Complaint").  A true and

correct copy of the Complaint is attached as Exhibit A to the attached Declaration

of Eileen Zorc ("Zorc Decl.").

2.     On February 18, 2016, Defendant Stericycle, was served with

the Complaint from the state court proceeding.

3.     On February 17, 2016, Defendant Audirsch, was served with

the Complaint from the state court proceeding.

4.     On March 8, 2016, Defendants filed in the Circuit Court of the

First Circuit, Hawaii an Answer to the Complaint and Defendant Stericycle filed a

758486/1871.001                                2

Counterclaim.  A true and correct copy of Defendants' Answer and Stericycle's

Counterclaim is attached hereto as Exhibit B to the Zorc Declaration.

5.      No further proceedings have been had and thirty days have not

elapsed since this action became removable to this Court.

6.      This action is a civil action of which this Court has original

jurisdiction under 28 U.S.C. § 1332, and is one that may be removed to this Court

by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil

action wherein the matter in controversy exceeds the sum of $75,000, exclusive of

interest and costs, and is between citizens of different states, as more fully

explained below.

7.      Plaintiff Douglas Archibald was and still is a resident of the

State of Hawaii.  See Ex. A at ¶ 2.  Defendant Stericycle is a corporation

incorporated under the laws of the State of Delaware, having its principal place of

business in the State of Illinois.  *See* Declaration of  Robert Halbert ¶ 2, attached

hereto.  Consequently, there is diversity of citizenship between Plaintiff and

Defendant Stericycle.

8.      Defendant Otto Audirsch was at the time of filing of the

Complaint a resident of the State of Hawaii.  See Ex. B ¶ 4.  However, under the

doctrine of "fraudulent joinder," Audirsch's joinder as a defendant does not

destroy diversity in this case because the Complaint fails to state a cause of action

758486/1871.001                                   3

against Defendant Audirsch for Wrongful and Retaliatory Termination in Violation of Public Policy or for violation of the Hawaii Whistleblower's Protection Act because, among other reasons, Defendant Audirsch was not Plaintiff's "employer." *See Lales v. Wholesale Motors Co.*, 133 Haw. 332, 328 P.3d 341 (Haw. 2014); *Onodera v. Kuhio Motors, Inc.*, Civ. No. 13-00044 DKW-RLP, 2014 U.S. Dist. LEXIS 32954 at *23 (D. Haw. Mar. 13, 2014). Further, Plaintiff has failed to state a cause of action for Intentional Infliction of Emotional Distress against Defendant Audirsch because the claim is barred under workers' compensation exclusivity and/or because there is no evidence or sufficient allegation of Defendant Audirsch's extreme or outrageous conduct. In light of the fraudulent joinder of Defendant Audirsch, complete diversity exists.

9.    The Complaint prays for damages, including general damages, special damages, punitive damages and attorney's fees. *See* Compl. at p. 11 (Ex. A). Plaintiff worked full time and earned approximately $27.00 per hour, which calculates out to approximately $56,160 per year. (Ex. B (Counterclaim at Ex. 1)). As such, when alleged general damages, special damages, punitive damages and attorneys' fees are considered, the amount in controversy, exclusive of costs and interest, exceeds $75,000.

10.    Pursuant to 28 U.S.C. § 1446(d), written notice of the

filing of this Notice of Removal will be given to counsel for the Plaintiff, and a copy of the Notice of Removal will be filed with the Clerk of the First Circuit Court, State of Hawaii.

WHEREFORE, Defendants respectfully request that this action be duly removed to this Court, and that it proceed herein.

DATED:    Honolulu, Hawaii, March 16, 2016.


 */s/ Eileen C. Zorc*
EILEEN C. ZORC

Attorneys for Defendants
STERICYCLE ENVIRONMENTAL
SOLUTIONS, INC. and OTTO
AUDIRSCH

758486/1871.001                            5